IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00582-RPM-KLM

BECKEY SCHUCK,

    Plaintiff,

v.

LDG FINANCIAL SERVICES, LLC, a Georgia limited liability company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 9; filed May 5, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

DATED: May 6, 2008